# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL KASTIELLE, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAY MANAGEMENT CORPORATION (DBA) DAY WIRELESS SYSTEMS, an Oregon Corporation; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No. 2:25-cv-02132-DJC-AC<br>District Judge Daniel J. Calabretta<br>Magistrate Judge Allison Claire<br><br>**ORDER GRANTING JOINT STIPULATION RE: ARBITRATION**<br><br>State Court Action Filed: June 24, 2025<br>Trial Date: Not Set |

Having reviewed the Parties' joint stipulation regarding arbitration, the Court orders that:

1. The present case be stayed pending the Parties' arbitration of the matter.
2. The Court retain jurisdiction for the limited purpose of entertaining statutory proceedings, including a petition to review, confirm, vacate, enforce, or correct any arbitration award.

///

///

1
ORDER GRANTING JOINT STIPULATION RE: ARBITRATION

3. The Clerk of Court administratively close this case.

IT IS SO ORDERED.

Dated: August 15, 2025        /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE